ORIGINAL

# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Various Accounts at Banks and Brokerages

**SEIZURE WARRANT**

CASE NUMBER: 2:18-MJ-02526

TO: The Federal Bureau of Investigation ("FBI") and any Authorized Officer of the United States, Affidavit(s) having been made before me by Special Agent Kathryn Bailey who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely:

**--See Attachment--**

which is subject to seizure and forfeiture pursuant to: 21 U.S.C. § 853(f), 18 U.S.C. §§ 981 and 984, and 28 U.S.C. § 2461(c).

**concerning a violation of Title 18 United States Code, Section(s) 1349 and 1344, 1028A, and 1956.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within **14** days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

**The financial institutions listed in the attachment are ordered to deliver all funds in the identified accounts to the law enforcement agent serving this warrant immediately upon presentation of this warrant in the form of a cashier's check made payable to the United States Marshals Service, and to liquidate any securities in the accounts as necessary to do so.**

9/21/18  3:00 p.m.
Date and Time Issued

at Los Angeles, California

Hon. Patrick J. Walsh, Chief U.S. Magistrate Judge
**Name and Title of Judicial Officer**

*[signature: Patrick J. Walsh]*
**Signature of Judicial Officer**

AUSA Andrew Brown, x0102, 11th Floor

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 09/26/18 | DATE AND TIME WARRANT EXECUTED 09/27/18 10:25am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Andrew Tran, Financial Center Operations Mgr. Bank of America |
| INVENTORY MADE IN THE PRESENCE OF N/A | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Bank of America Cashier's Check #1020040080, made payable to United States Marshals Service, dated 10/1/18, in the amount of $304,716.68

### CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 09/27/18

_Jessie J. Murray_
Executing officer's signature

Jessie T. Murray, Special Agent
Printed name and title

## Attachment

All funds in the following bank and brokerage accounts are to be seized. They are controlled by Yu Hao HUNG, also known as "Alex Young," and "Allison Kawai," (year of birth 1968, Social Security No. -5022) ("HUNG"), and TI LU, also known as "Deer Lu," "Jen Lu," and "Jerry Young" (year of birth 1967, Social Security No. -4943) ("LU"), and were used to receive and launder the proceeds of their bank fraud scheme, and are held in the following names:

a. TD Ameritrade account number 754-891251 held in the name Ti Lu.
b. TD Ameritrade account number 754-382455 held in the name Jen Lu.
c. Wells Fargo Bank checking account 9015689558 held in the name Nova Diversified Corp, dba Platinum Holdings.
d. Wells Fargo Bank savings account 1659652646 held in the name Nova Diversified Corp, dba Platinum Holdings.
e. Bank of America account number 501009452585 with a balance of approximately $278,000 held in the name Nova Diversified Corp, dba NDC Designs.
f. Bank of America account number 325072566370 with a balance of approximately $18,000 held in the name Allison Kawai.
g. Bank of America account number 000205266404 with a balance of approximately $9,500 held in the name Nova Belle Trust.

ORIGINAL

# United States District Court

___CENTRAL___ DISTRICT OF ___CALIFORNIA___

In the Matter of the Seizure of
(Address or Brief description of property or premises to be seized)

**SEIZURE WARRANT**

Various Accounts at Banks and Brokerages

CASE NUMBER: 2:18-MJ-02526

TO: The Federal Bureau of Investigation ("FBI") and any Authorized Officer of the United States. Affidavit(s) having been made before me by <u>Special Agent Kathryn Bailey</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely:

--See Attachment--

which is subject to seizure and forfeiture pursuant to: 21 U.S.C. § 853(f), 18 U.S.C. §§ 981 and 984, and 28 U.S.C. § 2461(c).

**concerning a violation of Title <u>18</u> United States Code, Section(s) <u>1349 and 1344, 1028A, and 1956</u>.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within **14** days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

**The financial institutions listed in the attachment are ordered to deliver all funds in the identified accounts to the law enforcement agent serving this warrant immediately upon presentation of this warrant in the form of a cashier's check made payable to the United States Marshals Service, and to liquidate any securities in the accounts as necessary to do so.**

9/21/18  3:00 p.m.
Date and Time Issued

at   Los Angeles, California

Hon. Patrick J. Walsh, Chief U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Patrick J. Walsh
Signature of Judicial Officer

AUSA Andrew Brown, x0102, 11th Floor

Case 2:18-mj-02526-DUTY *SEALED* Document 1-1 *SEALED* Filed 09/21/18 Page 3 of 3
Case 2:18-mj-02526-DUTY Document 3 Filed 10/10/18 Page 5 of 9 Page ID #:135
Page ID #:65

**Attachment**

All funds in the following bank and brokerage accounts are to be seized. They are controlled by Yu Hao HUNG, also known as "Alex Young," and "Allison Kawai," (year of birth 1968, Social Security No. -5022) ("HUNG"), and TI LU, also known as "Deer Lu," "Jen Lu," and "Jerry Young" (year of birth 1967, Social Security No. -4943) ("LU"), and were used to receive and launder the proceeds of their bank fraud scheme, and are held in the following names:

 a. TD Ameritrade account number 754-891251 held in the name Ti Lu.
 b. TD Ameritrade account number 754-382455 held in the name Jen Lu.
 c. Wells Fargo Bank checking account 9015689558 held in the name Nova Diversified Corp, dba Platinum Holdings.
 d. Wells Fargo Bank savings account 1659652646 held in the name Nova Diversified Corp, dba Platinum Holdings.
 e. Bank of America account number 501009452585 with a balance of approximately $278,000 held in the name Nova Diversified Corp, dba NDC Designs.
 f. Bank of America account number 325072566370 with a balance of approximately $18,000 held in the name Allison Kawai.
 g. Bank of America account number 000205266404 with a balance of approximately $9,500 held in the name Nova Belle Trust.

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 09/26/18 | 09/27/18 9:00am | Sunny Smith-Silverman Service Manager, Wells Fargo |

INVENTORY MADE IN THE PRESENCE OF
N/A

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

From Wells Fargo Bank Checking Account Number 9015689558, held in the name Nova Diversified Corp, dba Platinum Holdings, $2,953.51

## CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date 10/09/18

_Executing officer's signature_

Jessie T. Murray, Special Agent
_Printed name and title_

ORIGINAL

# United States District Court

| CENTRAL | DISTRICT OF | CALIFORNIA |

In the Matter of the Seizure of
(Address or Brief description of property or premises to be seized)

**SEIZURE WARRANT**

Various Accounts at Banks and Brokerages

CASE NUMBER: 2:18-MJ-02526

TO: The Federal Bureau of Investigation ("FBI") and any Authorized Officer of the United States, Affidavit(s) having been made before me by Special Agent Kathryn Bailey who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely:

--See Attachment--

**which is** subject to seizure and forfeiture pursuant to: 21 U.S.C. § 853(f), 18 U.S.C. §§ 981 and 984, and 28 U.S.C. § 2461(c).

**concerning a violation of Title** 18 **United States Code, Section(s)** 1349 and 1344, 1028A, and 1956.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within **14** days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

**The financial institutions listed in the attachment are ordered to deliver all funds in the identified accounts to the law enforcement agent serving this warrant immediately upon presentation of this warrant in the form of a cashier's check made payable to the United States Marshals Service, and to liquidate any securities in the accounts as necessary to do so.**

9/21/18  3:00 p.m.
Date and Time Issued

at  Los Angeles, California

Hon. Patrick J. Walsh, Chief U.S. Magistrate Judge
**Name and Title of Judicial Officer**

*/s/ Patrick J. Walsh*
Signature of Judicial Officer

AUSA Andrew Brown, x0102, 11th Floor

## Attachment

All funds in the following bank and brokerage accounts are to be seized. They are controlled by Yu Hao HUNG, also known as "Alex Young," and "Allison Kawai," (year of birth 1968, Social Security No. -5022) ("HUNG"), and TI LU, also known as "Deer Lu," "Jen Lu," and "Jerry Young" (year of birth 1967, Social Security No. -4943) ("LU"), and were used to receive and launder the proceeds of their bank fraud scheme, and are held in the following names:

  a. TD Ameritrade account number 754-891251 held in the name Ti Lu.
  b. TD Ameritrade account number 754-382455 held in the name Jen Lu.
  c. Wells Fargo Bank checking account 9015689558 held in the name Nova Diversified Corp, dba Platinum Holdings.
  d. Wells Fargo Bank savings account 1659652646 held in the name Nova Diversified Corp, dba Platinum Holdings.
  e. Bank of America account number 501009452585 with a balance of approximately $278,000 held in the name Nova Diversified Corp, dba NDC Designs.
  f. Bank of America account number 325072566370 with a balance of approximately $18,000 held in the name Allison Kawai.
  g. Bank of America account number 000205266404 with a balance of approximately $9,500 held in the name Nova Belle Trust.

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 09/26/18 | DATE AND TIME WARRANT EXECUTED 09/27/18 9:00am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Sunny Smith - Silverman Service Manager, Wells Fargo |
| INVENTORY MADE IN THE PRESENCE OF N/A | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

From Wells Fargo Bank Savings Account Number 1659652646, held in the name of Nova Diversified Corp, dba Platinum Holdings, $225,635.69

### CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 10/09/18

_Jerna J Murray_
Executing officer's signature

Jessie T Murray, Special Agent
Printed name and title